SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES



# Court of Appeals
# First District

301 Fannin Street
Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

August 31, 2015

FILED
1ST COURT OF APPEALS
HOUSTON, TEXAS

SEP – 4 2015

CHRISTOPHER A. PRINE

CLERK _____

Court Reporter 151st District Court
201 Caroline. 11th Fl
Houston, TX 77002
* DELIVERED VIA E-MAIL *

RE:   **Court of Appeals Number:** 01-15-00701-CV
55684                                     **Trial Court Case Number:** 2013-

**Style:** Rita Lemons v. Joe Payton Lee

Dear Reporter:

The reporter's record was due to be filed 08/18/2015, but it has not been received for filing. *See* TEX. R. APP. P. 35.1. Please file the reporter's record within 30 days of the date of this notice. *See* TEX. R. APP. P. 37.3(a)(1).

Or, you may use the information sheet on the Forms page of the Court's website, http://www.txcourts.gov/1stcoa, to notify my office that: (1) proceedings were not recorded; (2) no party has requested a reporter's record; (3) the party responsible for paying for preparation of the reporter's record has not paid the reporter's fee or has not made satisfactory arrangements to pay the fee and, is not entitled to appeal without paying the fee, i.e., the party is not indigent. *See* TEX. R. APP. P. 35.3 (b).

If either the reporter's record or a request for an extension of time is not filed by the due date, this matter will be referred to the Court so it can make whatever order is appropriate to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1).

*Paid to Reporter's*

MONEY ORDER RECEIPT - NON NEGOTIABLE

*TAMRA PARKS 5-13-2015*
*151 District court court Reporter*
Try the new Western Union Payments service for all your bills and get guaranteed proof of payment. To learn more and to search over 10,000 billers, goto WesternUnionPaysMyBills.com.

AGT 612703 LOC 000051 DT 051315 $100.00 1HUNDREDDOLLARS AND NO CENTS
Western Union Money O

RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

* 17192721127 *

LOAD THIS DIRECTION, THIS SIDE UP

*$100 w*
*FOR*
*Appeal*

_rk of the Court

Deputy Clerk

Court of Appeals
First District
301 Fannin Street
Houston, Texas 77002-

August 31, 2015

Court of Appeals Case Number: 01-15-00701-CV — Trial Court Case Number: 2015-

The reporter's record was due to be filed on 8/18/2015, but it has not been received to date. See TEX. R. APP. P. 35.3. Please file the reporter's record within 10 days of the date of this notice. See TEX. R. APP. P. 35.3(b).

If either the reporter's record or a request for an extension of time is not filed on or before the due date, this matter will be referred to the Court to take such whatever action it deems appropriate.

Joe PAYton Lee
3633 DuBois st
Houston TX 77051

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 0 4 2015

CHRISTOPHER A. PRINE
CLERK _____

MAIL RECEIVED

NORTH HOUSTON TX 773

03 SEP 2015 PM9 L

Court of Appeals
first District
301 FANNIN street
Houston TX 77002-2

7002206693